United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30946
_____

K. TRACY BERGQUIST,
ON BEHALF OF HERSELF AND ALL OTHER
SHAREHOLDERS OF FyBX CORPORATION,

Plaintiff-Appellant,

versus

FyBX CORPORATION; MICHAEL P. ARATA;
HOFFMAN, SIEGEL, SEYDEL, BIENVENU, CENTOLA & CORDES,
A PROFESSIONAL LAW FIRM; BORDELON, HAMLIN AND THERIOT,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CV-722-R
_____

Before JOLLY, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light of the briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error of fact or law in the district court's disposition of this case. We also find that the district court did not err or abuse its discretion in regard to the challenged discovery rulings. Finally, Bergquist

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

raised no genuine issue of material fact concerning whether the Bordelon firm represented FyBX Corporation at any time after February 15, 1996, when Arata left the firm.  Accordingly, we AFFIRM the judgment for essentially the reasons stated by the district court.

The motion of Appellee FyBX Corporation for sanctions and costs is DENIED.

**JUDGMENT AFFIRMED; MOTION FOR SANCTIONS DENIED.**